# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00498-CV

### Sterling Hampton, Appellant

### v.

### GDS Associates, Inc. and Hi-Line Engineering, Appellees

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-004768, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Sterling Hampton and Appellees GDS Associates, Inc. and Hi-Line Engineering have filed a joint motion to abate the appeal pending the parties' agreed mediation of the dispute. We abate this appeal to allow the parties to conduct the scheduled mediation. *See* Tex. R. App. P. 2 (appellate court may suspend rule's operation in particular case and order different procedure). The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to reinstate on or before August 22, 2022. The appeal will remain abated until further order of this Court.

Before Justices Goodwin, Baker, Triana

Abated

Filed: July 22, 2022